UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANIER THOMPSON,

      Plaintiff,                                Case No. 1:13-cv-167

v.                                                   HON. ROBERT HOLMES BELL

UNKNOWN ZWIKLER, et al.,

      Defendants.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 17, 2013, Magistrate Judge Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 31) recommending that Plaintiff's claims for injunctive relief be denied as moot and Defendants' motion for summary judgment be granted. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's September 17, 2013, R&R (Dkt. No. 31) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for injunctive relief are **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's claims for damages against Defendants Zwiker and Ault are **DISMISSED WITHOUT PREJUDICE**.


Dated: October 8, 2013                              /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE